1  Brendan F. Hug (SBN 248086)
2  bhug@blankrome.com
   BLANK ROME LLP
3  1925 Century Park East, 19th Floor
   Los Angeles, Ca 90067
4  Telephone:  424.239.3400
   Facsimile:   424.239.3434
5
   Attorneys for Defendants
6  BANK OF AMERICA, N.A.,
   successor by merger to BAC Home Loans Servicing, L.P.
7  and RECONTRUST COMPANY, N.A.

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

| 13 | KENNETH KNOCKUM, an individual | Case No. |
|---|---|---|
| 14 | Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANTS BANK OF AMERICA, N.A. AND RECONTRUST COMPANY, N.A. PURSUANT TO 28 U.S.C. §1441 |
| 15 | v. | |
| 16 | BAC HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY, N.A.; and Office of CHARLES H. NOWSKI successor, individually, and in his official capacity as CFO of BANK OF AMERICA, | [Federal Question] |
| 17 | | |
| 18 | | [Complaint Filed: January 20, 2012] |
| 19 | Defendants. | |

20

21

22

23

24

25

26

27                                   1
   NOTICE OF REMOVAL OF CIVIL ACTION
28

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF, AND
ANY COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§1441 and 1446 Defendants BANK OF AMERICA, N.A., as successor by merger to named Defendant BAC Home Loans Servicing, L.P., and RECONTRUST COMPANY, N.A. (collectively "Responding Defendants"), remove the action entitled *Knockum v. BAC Home Loans Servicing, L.P. et al.* from the Superior Court of the State of California in and for the County of Solano, Case No. FCS039214 (the "Action") to the United States District Court for the Eastern District of California – Sacramento Division on the following grounds:

I.    <u>FEDERAL QUESTION JURISDICTION</u>

     This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and the action may be removed to this Court pursuant to 28 U.S.C. §§1441 and 1446 for the following reasons:

    **A.**    **This Notice of Removal is TimelyBecause it Has Been Filed Within 30 Days of Plaintiff's Receipt of the Complaint.**

     **1.**    On or about January 20, 2012, Plaintiff KENNETH KNOCKUM commenced the Action by filing a Complaint in the Superior Court of the State of California in and for the County of Solano ("State Court"). A true and correct copy of the Summons and Complaint are attached as **Exhibit A**.

     **2.**    Plaintiff served the Summons and Complaint on Defendant BANK OF AMERICA, N.A. as successor by merger to named Defendant BAC Home Loans Servicing, L.P. on January 31, 2012.

NOTICE OF REMOVAL OF CIVIL ACTION

136045.22095/95067639v.1

3.      Defendants are unaware of any other service activity.

4.      Pursuant to 28 U.S.C. §1446(b), a defendant has thirty days from the receipt of the initial pleading to remove the case to federal court. 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Strining, Inc.*, 526 U.S. 344 (1999) (holding that the 30-day period runs from formal service of the complaint).

5.      This Notice of Removal is thus timely filed.

**B.      Plaintiff's Complaint Alleges Claims Under Various Federal Statutes**

6.      28 U.S.C. §1441 establishes when an action is removable and sets forth in relevant part: "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.      The Court's subject matter jurisdiction, and Defendants' basis for removal, is founded upon 28 U.S.C. §1331 – Federal Question.

8.      The Plaintiff's action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Responding Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that Plaintiff's first claim against Responding Defendants is for violation of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.). *See* **Exhibit A**, Complaint, pp. 1–2. Plaintiff's second claim is for "extortion" under 15 U.S.C. §1692g. *Id.* Plaintiff also appears to allege claims against Responding Defendants for violation of the Truth in Lending Act (12 C.F.R. § 226) and the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 et seq.). *See* **Exhibit A**,

3

**NOTICE OF REMOVAL OF CIVIL ACTION**

136045.22095/95067639v.1

Complaint, ¶2.  Finally, Plaintiff alleges violation of the USA PATRIOT Act (115 Stat. 272 (2001)).  *See* **Exhibit A**, Complaint, ¶¶34–39, 44–47.

C.   **All Other Removal Requirements Have Been Met**

9.   Pursuant to 28 U.S.C. §1441(a), copies of all pleadings, process, and orders served on and by removing Defendant in the state action must be attached to the Notice of Removal.  All such documentation is attached hereto as **Exhibit A.**

10.   In compliance with 28 U.S.C. § 1446(a), a copy of the Notice of Removal of Action to the United States District Court for the Eastern District that will be filed with the Superior Court of California in and for the County of Solano without its corresponding exhibits is attached here as **Exhibit B**.

11.   This Notice of Removal is properly filed in the Eastern District of California – Sacramento Division pursuant to 28 U.S.C. § 1446(a) and E.D. Cal. Local Rule No. 120(d).

12.   There is a third Defendant in this case who appears to be an individual named Charles Noski.  There is no evidence that this Defendant has been served.  Those named as defendants in the state court action but not yet served need not join in the notice of removal.  *Destfino v. Reisweig,* 630 F.3d 952, 957 (9th Cir. 2011); 28 U.S.C. § 1446(a).

13.   Further, a defendant who has been served need not seek out and notify codefendants who have not yet been served to ask them to join in removal.  *See Gossmeyer v. McDonald*, 128 F.3d 481, 489 (7th Cir. 1997).

14.   Because each of Plaintiff's claims present a federal question, the prerequisites for removal under 28 U.S.C. §1441 have been met and this Court is vested with subject matter jurisdiction over this action.

4

**NOTICE OF REMOVAL OF CIVIL ACTION**

1    WHEREFORE, Responding Defendants respectfully remove this action

2  from the Superior Court of the State of California in and for the County of Solano

3  to this Honorable Court pursuant to 28 U.S.C. §1441.

4

5  DATED:  February 14, 2012          BLANK ROME LLP

6

7                                     By /s/ Brendan F. Hug

8                                        BRENDAN F. HUG
                                       Attorneys for Defendants
9                                      BANK OF AMERICA, N.A. and
                                       RECONTRUST COMPANY, N.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                     5

28

136045.22095/95067639v.1

1  Brendan F. Hug (SBN 248086)
   bhug@blankrome.com
2  BLANK ROME LLP
   1925 Century Park East, 19th Floor
3  Los Angeles, Ca 90067
   Telephone:  424.239.3400
4  Facsimile:   424.239.3434

5  Attorneys for Defendants
   BANK OF AMERICA, N.A.,
6  successor by merger to BAC Home Loans Servicing, L.P.
   and RECONTRUST COMPANY, N.A.

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                     **SACRAMENTO DIVISION**

11

12

13  KENNETH KNOCKUM, an individual          Case No.

14              Plaintiff,                   CORPORATE PARTY
                                             DISCLOSURE STATEMENT
15          v.
                                             [FRCP 7.1(a)]
16  BAC HOME LOANS SERVICING, L.P.;
    RECONTRUST COMPANY, N.A.; and
17  Office of CHARLES H. NOWSKI successor,
    individually, and in his official capacity as
18  CFO of BANK OF AMERICA,

19              Defendants.

20

21

22

23

24

25

26

27              **CORPORATE DISCLOSURE STATEMENT**

28
    136045.22095/95067652v.1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

In compliance with Federal Rule of Civil Procedure, Rule 7.1(a), Defendants BANK OF AMERICA, N.A., succsessor by merger to named Defendant BAC Home Loans Servicing, L.P. and RECONTRUST Company, N.A. (collectively "Responding Defendants") submit the instant corporate party disclosure statement. The following are all parent corporations and any publicly held corporation that own 10% or more of Defendant Bank of America, N.A.:

        1.    Bank of America, N.A., Defendant.

        2.    Bank of America Corporation is the parent company of Bank of America, N.A.

The following are all parent corporations and any publicly held corporation that own 10% or more of Defendant ReconTrust Company, N.A.:

        1.    Bank of America, N.A., Defendant.

        2.    Bank of America Corporation is the parent company of Bank of America, N.A.

DATED: February 14, 2012      BLANK ROME LLP


By /s/ Brendan F. Hug
    BRENDAN F. HUG
Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

---

**CORPORATE DISCLOSURE STATEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

136045.22095/95067652v.1

1  Brendan F. Hug (SBN 248086)
   bhug@blankrome.com
2  BLANK ROME LLP
   1925 Century Park East, 19th Floor
3  Los Angeles, Ca 90067
   Telephone:  424.239.3400
4  Facsimile:   424.239.3434

5  Attorneys for Defendants
   BANK OF AMERICA, N.A.,
6  successor by merger to BAC Home Loans Servicing, L.P.
   and RECONTRUST COMPANY, N.A.

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10                    **SACRAMENTO DIVISION**

11

12

13  KENNETH KNOCKUM, an individual          | Case No.

14                    Plaintiff,            | DECLARATION OF BRENDAN F.
                                            | HUG IN SUPPORT OF REMOVAL
15          v.                              | OF ACTION BY DEFENDANTS
                                            | BANK OF AMERICA, N.A. AND
16  BAC HOME LOANS SERVICING, L.P.;         | RECONTRUST COMPANY, N.A.
    RECONTRUST COMPANY, N.A.; and           | PURSUANT TO 28 U.S.C. SECTION
17  Office of CHARLES H. NOWSKI successor,  | 1441
    individually, and in his official capacity as
18  CFO of BANK OF AMERICA,                 | [Federal Question]

19                    Defendants.           | [Complaint Filed: January 20, 2012]

20

21

22

23

24

25

26

27
   _____
28          **DECLARATION IN SUPPORT OF REMOVAL OF CIVIL ACTION**

   136045.22095/95067305v.1

I am an attorney and an associate of Blank Rome, LLP, counsel of record for Defendants BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing L.P., and RECONTRUST COMPANY, N.A. (collectively "Responding Defendants"). I have personal knowledge of the facts set forth herein and, if sworn as a witness, could and would testify competently thereto.

2.     I submit this declaration in support of Responding Defendants' removal of the state court litigation to federal court.

3.     On or about January 20, 2012, Plaintiff KENNETH KNOCKUM commenced the action entitled *Knockum v. BAC Home Loans Servicing, L.P., et al.* in the Superior Court of the State of California in and for the County of Solano, Case No. FCS039214 (the "Action").

4.     Defendant BANK OF AMERICA, N.A., as successor by merger to BAC Home Loans Servicing, L.P. was personally served with the summons, complaint, and notice of case management conference from the Action on January 31, 2012. Responding Defendants are unaware of any other service activity. A true and correct copy of all filings of record with respect to the Action are attached hereto as **Exhibit A**. Responding Defendants are unaware of the existence of any additional documents from the Action.

5.     The Plaintiff's Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that Plaintiff's First Claim alleges that Responding Defendants violated the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.). *See* **Exhibit A**, Complaint, pp. 1–2. Plaintiff's second claim is one for "extortion" under 15 U.S.C. §1692g. *Id.* In addition, Plaintiff appears to allege claims against Responding Defendants for violation of the Truth in Lending Act (12 C.F.R. § 226) and the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 et

1

**DECLARATION IN SUPPORT OF REMOVAL OF CIVIL ACTION**

136045.22095/95067305v.1

1  seq.).  *See* **Exhibit A**, Complaint, ¶2.  Finally, Plaintiff alleges violation of the USA

2  PATRIOT Act (115 Stat. 272 (2001)).  *See* **Exhibit A**, Complaint, ¶¶34–39, 44–47.

3        6.      Responding Defendants are simultaneously filing a copy of the Notice of

4  Removal with the Clerk of the Superior Court of the State of California, County of

5  Solano and it will be served on Plaintiff contemporaneously.  Responding Defendants

6  will also serve Plaintiff with copies of the Notice of Removal and the Notice filed in state

7  court.  A true and correct copy of the written Notice sent to the Superior Court and

8  Plaintiff is attached hereto as **Exhibit B.**

9        Executed this 14th day of February, 2012, at Los Angeles, California.

10        I declare under penalty of perjury under the laws of the United States of America

11  that the foregoing is true and correct.

15  DATED:  February 14, 2012

16                      By /s/ Brendan F. Hug

                               BRENDAN F. HUG

**DECLARATION IN SUPPORT OF REMOVAL OF CIVIL ACTION**

136045.22095/95067305v.1