# Exhibit A

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** BAC HOME LOANS SERVICING, LP
**(AVISO AL DEMANDADO):** RECONTRUST, N.A. Company
Office CHARLES NOWSKI
successor, individually and his official
capacity as CEO BANK OF AMERICA

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
KENNETH KNOCKUM

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Solano Justice Center
*(El nombre y dirección de la corte es):* 321 Tuolumne St
Vallejo Ca 94590

**CASE NUMBER:**
*(Número del Caso):* FCS039214

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
KENNETH KNOCKUM, 209 SHASTA ST, VALLEJO CA 94590

**DATE:** 20 JAN 2012
*(Fecha):*

**Clerk, by** _____, **Deputy**
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF SOLANO

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☒ on behalf of (specify): BANK OF AMERICA

   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☒ other (specify): Registered Agent
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Case 2:12-cv-00414-GEB-DAD   Document 1-1   Filed 02/17/12   Page 3 of 22

**SUMMONS**
**(CITACIÓN JUDICIAL)**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):* BAC HOME LOANS SERVICING, LP
RECONTRUST CO, A Company
Office of CHARLES NOWSKI,
Successor, individually and his official
capacity as CFO BANK OF AMERICA

1/31/12
2:15

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KENNETH KNOCKUM

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: Solano Justice Center
*(El nombre y dirección de la corte es):*
321 Tuolumne St
Vallejo Ca 94590

CASE NUMBER:
*(Número del Caso):* FCS039214

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
KENNETH KNOCKUM, 289 SHASTA ST, VALLEJO CA 94590

DATE: 26 JAN 2012    Clerk, by J. Abueg , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* BAC Home Loans Servicing, LP
   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Registered Agent
4. ☐ by personal delivery on *(date):* 1/31/12

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

KENNETH KNOCKUM
209 SHASTA ST, VALLEJO CA 94590

TELEPHONE NO: 707-557-8954   FAX NO: 707-561-6170

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 321 Tuolumne St.
MAILING ADDRESS:
CITY AND ZIP CODE: Vallejo CA. 94590
BRANCH NAME: Solano Justice Center

CASE NAME: KENNETH KNOCKUM VS BANK OF AMERICA

**FILED**
Clerk of the Superior Court

JAN 2 0 2012

By_____ DEPUTY CLERK

CASE NUMBER: FCS 039214

JUDGE: ROBERT S. BOWERS

DEPT: 15

| CIVIL CASE COVER SHEET | Complex Case Designation |
|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☒ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1-20-12

KENNETH KNOCKUM
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, only parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CIVIL CASE COVER SHEET

c/o Kenneth Knockum
209 Shasta Street
Vallejo Ca 94590
Telephone: 707-557-8954
Fax:       707-561-6170
kknockum@gmail.com

Trustee for plaintiff
In the matter of KENNETH KNOCKUM

12 JAN 20  PM 2: 23

J. Abueg

BY _____ DEPUTY CLERK

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF SOLANO

| | |
|---|---|
| KENNETH KNOCKUM, *an individual*, | Case No. FCS039214 |
| Plaintiff, | COMPLAINT FOR: |
| vs. | TEMPORARY RESTRAINING ORDER AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF DECLARATORY RELIEF |
| BAC HOME  LOANS SERVICNG, LP | |
| RECONTRUST COMPANY, N.A. | (1)  VIOLATION OF VALIDATION DEBT 15 USC §1692g |
| Office ofCHARLES H NOWSKI successor, individually, and in his official capacity as CFO of BANK OF AMERICA | (2)  EXTORTION 18 USC 891(3), (5) |
| | ASSIGNED TO JUDGE ROBERT S. BOWERS FOR ALL PURPOSES |
| Defendants | [REQUEST FOR IN CAMERA HEARING] |

1. Plaintiff KENNETH KNOCKUM (hereinafter "Plaintiff"), by and through the trustee, for the Complaint against Defendants BANK OF AMERICA.; a corporate entity; RECONTRUST, a corporate entity; subsidiary of BAC HOME LOANS, Inclusive (hereinafter "Defendants"), plead as follows:"

## JURISDICTION AND VENUE

1

2. Plaintiff's claims against Defendants includes violations of federal statutes commonly

known as CONSUMER CREDIT PROTECTION DEBT COLLECTION PRACTICES ACT,

RESPA, and TILA, with additional claims under California state law. These claims all arise out of

the same controversy and sequence of events.

3. The real property which is the subject of this complaint is located within the State of

California, County of Solano.

4. This Court has subject matter jurisdiction over this action under 28 V.S.C. §§ 1331

and 1367, 18 D.S.C. §1964(c), and 15 U.S.C. §1640(e).

5. Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b).

6. The Defendant were believed to be provided with indemnification against loss, this being a fact,

defendants actions appear to be that of extortion defined under Title 18 USC 891(3), (5), and

pursuant to violation of Title 18 USC 872, 892, 893 and 894.

<u>COMPLAINT FOR TEMPORARY RESTRAINING ORDER</u>

7.   Trustee hereby submit(s) this Application for Temporary Restraining Order and Application

for Temporary Injunction filed concurrently herewith with this Emergency Motion: Request for

Evidentiary Hearing and Order to Show Cause Concerning Defendants' Filing of False

Documents into a Public Office.

8.   This is an action for emergency temporary and permanent injunctive relief which is

brought pursuant to applicable law.

9.   Plaintiff has a clear legal right to seek temporary and permanent injunctive relief as he

reside(s) a the real property of the subject matter herein, and Defendant(s) is/are seeking, without

satisfying the necessary legal standing requirements to institute a "Trustee sale" to take

possession, custody and control of the property and ultimately remove plaintiff from the title.

2

10.     Plaintiff has no adequate remedy at law to redress the harm complained of, and the potential sale of the property, under the circumstances of record, is contrary to equity and good conscience in that such sale is being instituted by parties who have no legal standing since becoming INDEMNIFIED to institute or maintain the trustee's sale, *ab initio*.

11.     Plaintiff reaffirms and realleges the preceding paragraphs as if forth fully set forth herein below.

12.     Plaintiff (s)' application for a temporary restraining order is authorized by California Code of Civil Procedure: 525

13.     Plaintiff request the Court issue an order immediately restraining Defendants from selling, assigning, transferring, or conveying the real property.

14.     It is probable that plaintiff will prevail over Defendants after trial on the merits herein because Defendants' fraudulent conduct is clearly evidenced by the facts and circumstances alleged herein: specifically, Defendants' failure to provide Proof of Claims or to be the Creditor, as.

15.     Moreover, if plaintiff is not granted immediate relief, then harm to plaintiff is imminent, as plaintiff has discovered facts indicating that Defendants will continue to wrongfully foreclose on said real property and deny plaintiff right of due process.

16.     Given Defendants' misrepresentations and omissions regarding the documents, plaintiff is under reasonable apprehension that Defendants will sell, assign, transfer, or convey the assets attached to plaintiff before the trial of this case and without immediate intervention by the Court. Plaintiff will suffer irreparable injury if the temporary injunction does not issue.

17.     Plaintiff has no adequate remedy at law because the damages that Defendants have caused, and will continue to cause in the absence of a temporary restraining order, are *nonrecoverable*.

18.     Due to the Defendants' recent conduct, along with the looming deadlines, there is not enough time to serve notice on the Defendants and to hold a hearing on this Application plaintiff

3

1    has a well founded and significant fear that if Defendants are given the time required for the

2    notice and hearing, Defendants will fraudulently proceed with the foreclosure of property attached

3    to plaintiff causing irreparable harm by the Defendants' continued actions.

4    19.    Plaintiff requests this Court to set the Application for Temporary Restraining Order for a

5    hearing and after the hearing, issue a temporary restraining order against Defendants.

6                           APPLICATION FOR TEMPORARY INJUNCTION

7
8    20.    Plaintiff reaffirm(s) and reallege(s) the preceding paragraphs as if more fully set forth
     herein below.

9
10   21.    Plaintiff request(s) this Court to set the Application for Temporary Injunction for a hearing
     and after the hearing, issue a temporary injunction against Defendants.

11
12   22.    Given Defendants misrepresentations regarding their claim to be Creditor and Holder in
     Due Course, plaintiff is under reasonable apprehension that Defendants will unlawfully sell,

13   assign, transfer, or convey the real property of interest in this matter before the trial of this case.

14   Thus, plaintiff will suffer irreparable injury if the temporary injunction does not issue.

15   23.    It is likely plaintiff will succeed in any trial on the merits herein.

16   25.    In order to preserve the *status quo*, plaintiff requests this Court issue a temporary

17   injunction to remain in effect until the trial of this if case necessary, preventing Defendants or

18   anyone working in concert with, under the direction of, or on behalf of Defendants from selling,

19   assigning, transferring, or conveying any of assets of real property attached to plaintiff herein.

20   25.    If the requested temporary injunction is not entered, plaintiff may have no adequate

21   remedy at law or the Right to Due Process of Law.

22                          APPLICATION FOR PERMANENT INJUNCTION

23
24   26.    Plaintiff reaffirms and re-alleges the preceding paragraphs as if more fully set forth herein
     below.

25

4

27.     Plaintiff requests the Court to set the permanent injunction for a full trial if necessary on the merits and after trial issue a permanent injunction against Defendants.

## ALL ELEMENTS HAVE BEEN MET

28.     Plaintiff reaffirms and re-alleges the preceding paragraphs as if more fully set forth herein below.

29.     All four elements required for granting a Temporary Restraining Order and Injunctive Relief have been met by Defendants' numerous criminal and/or fraudulent acts.

30.     First Element (likelihood of success on the merits of plaintiff claims): It is well settled that plaintiff must establish a reasonable probability of success on the merits, and not a certainty of success. *Oburn v. Shapp*, 521 F. 2d 142 (3rd Cir. 1975),   In the instant case, plaintiff legally protected property rights are clear and unambiguous.  It is also clearly evident the Defendants' conduct set forth in plaintiffs Complaint, Responses and Replies is wrongful and violates legally protected property rights, only due to providing the defendant with indemnification.  Accordingly, plaintiffs Complaint, Responses and Replies, and the Applications clearly establish a reasonable likelihood of success on the merits of the claims.

31.     Second Element (the denial of injunctive relief will result in irreparable harm to plaintiff): It has been held that "in order to demonstrate irreparable harm, plaintiff must demonstrate potential harm which cannot be addressed by a legal or equitable remedy following a trial." *Instant Air Freight Co. v. CF. Airfreight, Inc.*, 882 F.2d 797 (3rd Cir. 1989).  It is well settled that a deprivation of a person's legally protected property right will result in irreparable harm.  In the instant case, Defendants' wrongful conduct has severally invaded plaintiff legally protected property rights, only due to indemnifying the defendant against loss.  Moreover, the harm resulting from Defendants' wrongful conduct is continuing, making any assessment of monetary damages even more uncertain and difficult.  Accordingly, plaintiffs Complaint clearly establishes

5

that a denial of injunctive relief will result in immediate and continuing irreparable harm to plaintiff.

32.    Third Element (that the granting of injunctive relief will not result in even greater harm to the non-moving party): This is also clearly established in plaintiffs Complaint, Responses and Replies. No harm will result to Defendants should injunctive relief be granted as Defendants, jointly and separately, have no lawful interest in property attached to plaintiff and Defendants are believed to have been paid in full numerous times, inclusive of the sale of the Promissory Note, the "Bailout," TARP and the insurance payments received based on their fraudulent claims to Defendants' insurance provider. Plaintiff has clearly satisfied this element.

33.    Fourth Element (the grant of injunctive relief is in the public interest): This, too, is clearly established in plaintiffs Complaint, and Responses and Replies. Defendants, jointly and separately, have committed felonious acts, including without limitation, those to be considered as "extortion" and "acts of terrorism" and "acts of war against the United States." In fact, the very documents Defendants have filed into the public record are *prima facie* evidence of Defendants' crimes.

34.    Defendants' criminal and terrorist acts have deprived California in numerous ways. The radical drop in property values caused by Defendants' criminal acts have caused California to go broke due to the extreme decline in revenues from property taxes and the increase need for "homeless" and other services, which itself is an act of war against the State.

35.    Defendants have used their corporations as "a terrorist cell" just as certain radical religious groups as "a terrorist cell" to cause this country, State and the people great financial harm. In fact, Defendants' acts of terrorism have caused greater financial harm to this country than any other terrorist group in American history.

36.    Pursuant to Public Law Pub.L. 107-56, "Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism" Act of 2001 (The USA Patriot Act), plaintiff and this Court are required by Federal Law to act in unison against Defendants in

1   all possible manner to stop Defendants from committing further acts of terrorism against this great

2   country.

3   37.    It is in the public interest to stop criminals from committing crimes, especially heinous

4   crimes such as terrorism and acts of war.

5   38.    It is now incumbent on this Honorable Court and all officers of this Court to sequester

6   Defendants' attorneys until such a time as this Court can determine Defendants' attorneys &

7   trustee have been completely forthright and open with this Court about Defendants' future

    terroristic objectives.

8

9   39.    Pursuant to The USA Patriot Act, plaintiff refuses to participate in Defendants' fraudulent

    and/or criminal and/or terrorist activities.

10

11                                    BOND REQUIREMENTS

12  40.    Plaintiff reaffirm(s) and reallege(s) the preceding paragraphs as if more fully set forth

13  hereinbelow.

14  41.    Although California Rules of Civil Procedure require a bond, in this instant case no bond

15  should be required as Defendants have no interest in property attached to plaintiff and have no

16  right to property.  Bonds are to secure and/or indemnify a party from loss which by the way has

17  been done but ignored, yet a party that has no interest and no right to a property cannot possible

18  incur a loss.

19  42.    If this Court decides to require a bond, plaintiff (s) hereby request a *de minimus* bond as he

20  is now indigent due to Defendants' numerous criminal, fraudulent and/or terrorist acts against

21  plaintiff.

22  43.    The preceding notwithstanding, this Court should recognize that property is itself the bond

23  in this case.  Whoever succeeds in the litigation is indemnified and protected by the value of

24  property.  Accordingly, requirement of a bond would be little more than punishment on plaintiff

    with bias and prejudice for Defendants.

25

                                              7

# SUMMARY

44.     Plaintiff reaffirm(s) and reallege(s) the preceding paragraphs as if set forth more fully herein below.

45.     Defendants have committed numerous criminal and/or fraudulent acts against the State of California, the Body Politic, this Court and plaintiff in an attempt to steal the property.

46.     Defendants, jointly and separately, are a criminal conspiracy and a "Terrorist Cell" as defined in American *juris prudence*, and have greatly harmed the United States, the State of California, plaintiff and every CITIZEN of the United States.

47.     Defendants have incurred more damage to the United States through their "terrorist activities" than the damage done by their fellow terrorists on September 11, 2001.

# PRAYER FOR RELIEF

48.     Plaintiff reaffirms and re-alleges the preceding paragraphs as if set more fully set forth herein below.

49.     If this Court does not grant plaintiffs request, this Court would be allowing Defendants to operate a "terrorist cell" with impunity within the borders of the United States.

WHEREFORE, Plaintiff respectfully prays that Defendants be cited to answer and appear in this case. And this Court grant the following Relief for the benefit of the State of California:

A.     Issue a Temporary Restraining Order immediately that will remain active until final adjudication of this matter, restraining Defendants from:

(1)     Selling, assigning, transferring, or conveying real property in this instance;

(2)     Grant a Temporary Injunction (after notice to Defendants) and an evidentiary hearing restraining Defendants or anyone working in concert with, under the direction of, or on behalf of the Defendants, jointly and/or separately, from:

8

(1)   Selling, assigning, transferring or conveying any of the documents and/or real property in this instance;

(2)   Grant a Temporary Injunction after notice to Defendants, jointly and/or separately, and an evidentiary hearing, restraining Defendants, or anyone working in concert with, under the direction of, or on behalf of the Defendants, jointly and/or separately, from selling, assigning, transferring or conveying any of the documents and/or real property in this matter.

(3)   For such other and further relief as may be just and proper.

RESPECTFULLY SUBMITTED this 20th day of January, 2012.

By: _____
        Kenneth, trustee for Plaintiff
        KENNETH KNOCKUM

CERTIFICATE OF SERVICE

ORIGINAL for filing and COPY delivered to the Court and Judge this 20th day of January, 2012.

and COPIES served by private or personal service upon:

C T CORPORATION SYSTEM
818 W SEVENTH ST
LOS ANGELES CA 90017
Registered Agent for BANK OF AMERICA
Charles H. Nowski

By: _____
KENNETH KNOCKUM, Plaintiff
Naked Trustee and Transferor

9

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

### CIVIL DIVISION

| Fairfield Branch | Vallejo Branch |
|---|---|
| 600 Union Avenue | 321 Tuolumne Street |
| Fairfield, CA 94533 | Vallejo, CA 94590 |
| (707) 207-7330 | (707) 561-7830 |

Plaintiff(s):

KENNETH KNOCKUM

Defendant(s):

BAC HOME LOANS SERVICING, L.P. ET AL

Case No. _____ FCS039214 _____

**NOTICE OF CASE MANAGEMENT CONFERENCE ONE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES**

---

Pursuant to local rules and by order of this court, this matter has been calendared for Case Management Conference One as follows:

DATE: _____ MAY 16, 2012 _____    TIME: 8:30 a.m.

THE ABOVE-ENTITLED CASE HAS BEEN ASSIGNED FOR ALL PURPOSES TO

JUDGE _____ Robert Bowers _____, DEPT. _____ 15 _____.

☐ 600 Union Avenue, Fairfield, CA 94533  ☒ 321 Tuolumne Street, Vallejo, CA 94590

---

The obligations of counsel, or any party not represented by an attorney, in regard to Case Management Conference One and any Case Management Conference Two set by the court are as follows:

1) Service of the complaint must be within sixty (60) calendar days of the date of filing.

2) Service and filing of responsive pleading must be within thirty (30) days after service of the complaint. The time for filing responsive pleading may not be extended except as authorized by Government Code section 68616. *Appearance at the Case Management Conference does not excuse a litigant from the requirement of filing and serving a responsive pleading within this deadline.*

3) Plaintiff shall serve a copy of this *Notice of Case Management Conference One* on all defendants with the complaint.

4) Any party serving a cross-complaint shall serve a copy of this *Notice of Case Management Conference One* on each cross-defendant with the cross-complaint.

5) Any cross-complaint served after Case Management Conference One has been held shall have a *Notice of Case Management Conference Two* served with it.

6) A *Case Management Statement* shall be filed with the court and served on all parties by each counsel by the 15th calendar day before the date set for Case Management Conference One.

7) At Case Management Conference One the court shall inform counsel and self-represented parties of the date, time and place for Case Management Conference Two and shall make any orders regarding what is expected that counsel and self-represented parties will accomplish in

---

NOTICE OF CASE MANAGEMENT CONFERENCE ONE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES

regard to the case before the filing of the *Case Management Statement* for Case Management Conference Two.

8) Each counsel shall complete, file, and serve on all parties a completed *Case Management Statement* by the 15th calendar day before the date set for Case Management Conference Two.

9) At any Case Management Conference, counsel shall be completely aware of all procedural, factual, and legal aspects of the case, and have full authority to discuss and resolve any issues that arise at the conference, including settlement of the case.  This applies equally to both attorneys of record and specially-appearing counsel.

10) The court may impose sanctions pursuant to Solano County Local Rules, rule 4.6, in the event that a *Case Management Statement* is not timely filed and/or served, or is not fully completed, or the requirements of Rule 4.6 are not met.

---

**COUNSEL AND SELF-REPRESENTED PARTIES ARE OBLIGATED TO REVIEW AND COMPLY WITH LOCAL RULES REGARDING CIVIL LITIGATION.**

---

### AFFIDAVIT OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and not a party to the within-entitled action, and that I served this Notice of Case Management Conference One as follows:

☒  I personally served the person named below on (*date*): _____JAN. 20, 2012_____ at (*time*) _____2:35 P.M._____.

Name: _____

☐ Party    ☐ Attorney of Record    ☐ Representative

---

I, KENNETH KNOCKUM _____, acknowledge receipt of a copy of this *Notice of Case Management Conference One and Assignment of Judge for All Purposes.*

Date: _____JAN. 20, 2012_____    _____ toystee

Signature

---

☐  I mailed the notice by enclosing it in an envelope and placing the envelope for collection and mailing following the court's procedure and practices.  I am readily familiar with the court's procedure and practices for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  Said envelope was addressed to the attorney for the party, or the party, as shown below:

Name:

Law Firm:

Address:

Date:  JAN 20, 2012

Clerk of the Court
Superior Court of California, County of Solano

By: _____  J. Abueg

Deputy Clerk

---

**FW-003**

## Order on Court Fee Waiver
### (Superior Court)

Clerk stamps date here when form is filed.

**FILED**
Clerk of the Superior Court

JAN 2 5 2012

By _____
DEPUTY CLERK

(1) **Person who asked the court to waive court fees:**
Name: KENNETH KNOCKUM
Street or mailing address: 206 SHASTA ST
City: Vallejo        State: CA    Zip: 94590

(2) **Lawyer, if person in (1) has one** *(name, address, phone number, e-mail, and State Bar number):* _____
_____
_____

(3) A request to waive court fees was filed
on *(date):*  2 0 JAN 2012

☐ The court made a previous fee waiver order in this case
on *(date):* _____

*Read this form carefully. All checked boxes ☑ are court orders.*

*Fill in court name and street address:*
**Superior Court of California, County of**
Solano Justice Building
321 Tuolumne Street
Vallejo, CA 94590

*Fill in case number and case name:*
Case Number: FCS039214
Case Name: _____

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your *(check one):*  ☐ *Request to Waive Court Fees*   ☐ *Request to Waive Additional Court Fees*
the court makes the following orders:

a. ☑ The court **grants** your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rule 3.55.)* You do not have to pay the court fees for the following:
- Filing papers in Superior Court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Reporter's daily fee *(for up to 60 days following the fee waiver order at the court-approved daily rate)*
- Preparing and certifying the clerk's transcript on appeal
- Giving notice and certificates
- Sending papers to another court department
- Court-appointed interpreter in small claims court
- Court fees for phone hearings

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.
- ☐ Jury fees and expenses
- ☐ Fees for court-appointed experts
- ☐ Reporter's daily fees *(beyond the 60-day period following the fee waiver order)*
- ☐ Fees for a peace officer to testify in court
- ☐ Court-appointed interpreter fees for a witness
- ☐ Other *(specify):* _____

(3) ☐ **Fee Waiver for Appeal.** The court grants your request and waives the fees and costs checked below, for your appeal. *(Cal. Rules of Court, rules 3.55, 3.56, 8.26, and 8.818.)* You do not have to pay for the checked items.
- ☐ Preparing and certifying clerk's transcript for appeal
- ☐ Other *(specify):* _____

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2009, Mandatory Form
Government Code, § 68634(e)
California Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

Your name: _____

| Case Number: |
| --- |
| |

b. ☐ The court **denies** your request, as follows:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) ☐ The court **denies** your request because it is incomplete. You have **10 days** after the clerk gives notice of this order (see date below) to:
  - Pay your fees and costs, or
  - File a new revised request that includes the items listed below *(specify incomplete items):*

  _____

(2) ☐ The court **denies** your request because the information you provided on the request shows that you are not eligible for the fee waiver you requested *(specify reasons):* _____

  The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)*, form FW-006. You have **10 days** after the clerk gives notice of this order (see date below) to:
  - Pay your fees and costs, or
  - Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. ☐ The court needs more information to decide whether to grant your request. You must go to court on the date below. The hearing will be about *(specify questions regarding eligibility):* _____

_____

☐ Bring the following proof to support your request if reasonably available: _____

| (Hearing Date) → | Date: _____  Time: _____  Dept.: _____  Rm.: _____ | Name and address of court if different from page 1: |
| --- | --- | --- |

> **Warning!** If item c is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: 24 JAN. 2012

Signature of (check one): ☐ Judicial Officer   ☐ Clerk, Deputy

**Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation,* Form MC-410. (Civil Code, § 54.8.)

### Clerk's Certificate of Service

I certify that I am not involved in this case and (check one):   ☑ A certificate of mailing is attached.

☐ I handed a copy of this order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☑ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②, from *(city):* VALLEJO , California on the date below.

Date: 2 5 JAN 2012        Clerk, by _____, Deputy

Revised July 1, 2009

**This is a Court Order.**

FW-003, Page 2 of 2

Order on Court Fee Waiver (Superior Court)

 

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SOLANO

[ ] 600 Union Ave., Fairfield, CA 94533        [X]  321 Tuolumne St, Vallejo, CA 94590

__CERTIFICATE AND AFFIDAVIT OF MAILING__        CASE NO: FCS039214

I, the undersigned, certify under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and am not a party to the within-entitled action; that I served the attached:

ORDER ON COURT FEE WAIVER
                    (Name of Document)

By causing to be placed a true copy thereof in an envelope which was then sealed and postage fully prepaid on the date shown below; that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; that this notice will be deposited in the United States Postal Service on the date indicated, Said envelopes were addressed to the attorneys for the parties, or the parties, as shown below:

KENNETH KNOCKUM
206 SHASTA ST
VALLEJO, CA 94590

Clerk of the Court

DATED:    JAN. 25, 2012                    By: _____

## CERTIFICATE AND AFFIDAVIT OF MAILING



# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SOLANO

### CIVIL DIVISION

Fairfield Branch
600 Union Avenue
Fairfield, CA 94533
(707) 207-7330

Vallejo Branch
321 Tuolumne Street
Vallejo, CA 94590
(707) 561-7830

Plaintiff(s):

    KENNETH KNOCKUM

Defendant(s):

    BAC HOME LOANS SERVICING, L.P. ET AL

Case No. _____ FCS039214 _____

**NOTICE OF CASE MANAGEMENT CONFERENCE ONE AND ASSIGNMENT OF JUDGE FOR ALL PURPOSES**

---

**Pursuant to local rules and by order of this court, this matter has been calendared for Case Management Conference One as follows:**

**DATE:** _____ MAY 16, 2012 _____ **TIME:** 8:30 a.m.

**THE ABOVE-ENTITLED CASE HAS BEEN ASSIGNED FOR ALL PURPOSES TO**

**JUDGE** _____ Robert Bowers _____, **DEPT.** _____ 15 _____.

☐ 600 Union Avenue, Fairfield, CA 94533  ☒ 321 Tuolumne Street, Vallejo, CA 94590

---

The obligations of counsel, or any party not represented by an attorney, in regard to Case Management Conference One and any Case Management Conference Two set by the court are as follows:

1) Service of the complaint must be within sixty (60) calendar days of the date of filing.

2) Service and filing of responsive pleading must be within thirty (30) days after service of the complaint. The time for filing responsive pleading may not be extended except as authorized by Government Code section 68616. *Appearance at the Case Management Conference does not excuse a litigant from the requirement of filing and serving a responsive pleading within this deadline.*

3) Plaintiff shall serve a copy of this *Notice of Case Management Conference One* on all defendants with the complaint.

4) Any party serving a cross-complaint shall serve a copy of this *Notice of Case Management Conference One* on each cross-defendant with the cross-complaint.

5) Any cross-complaint served after Case Management Conference One has been held shall have a *Notice of Case Management Conference Two* served with it.

6) A *Case Management Statement* shall be filed with the court and served on all parties by each counsel by the 15th calendar day before the date set for Case Management Conference One.

7) At Case Management Conference One the court shall inform counsel and self-represented parties of the date, time and place for Case Management Conference Two and shall make any orders regarding what is expected that counsel and self-represented parties will accomplish in

---



regard to the case before the filing of the *Case Management Statement* for Case Management Conference Two.

8) Each counsel shall complete, file, and serve on all parties a completed *Case Management Statement* by the 15th calendar day before the date set for Case Management Conference Two.

9) At any Case Management Conference, counsel shall be completely aware of all procedural, factual, and legal aspects of the case, and have full authority to discuss and resolve any issues that arise at the conference, including settlement of the case.  This applies equally to both attorneys of record and specially-appearing counsel.

10) The court may impose sanctions pursuant to Solano County Local Rules, rule 4.6, in the event that a *Case Management Statement* is not timely filed and/or served, or is not fully completed, or the requirements of Rule 4.6 are not met.

> **COUNSEL AND SELF-REPRESENTED PARTIES ARE OBLIGATED TO REVIEW AND COMPLY WITH LOCAL RULES REGARDING CIVIL LITIGATION.**

## AFFIDAVIT OF SERVICE

I, the undersigned, declare under penalty of perjury that I am employed as a deputy clerk of the above-entitled court and not a party to the within-entitled action, and that I served this Notice of Case Management Conference One as follows:

☒ I personally served the person named below on (*date*): _____ JAN. 20, 2012 _____ at (*time*) _____ 2:35 P.M. _____.

Name: KENNETH KNOCKUM

☐ Party      ☐ Attorney of Record      ☐ Representative

I, KENNETH KNOCKUM , acknowledge receipt of a copy of this *Notice of Case Management Conference One and Assignment of Judge for All Purposes.*

Date: _____ JAN. 20, 2012 _____     Signature _____

☐ I mailed the notice by enclosing it in an envelope and placing the envelope for collection and mailing following the court's procedure and practices. I am readily familiar with the court's procedure and practices for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Said envelope was addressed to the attorney for the party, or the party, as shown below:

Name:
Law Firm:
Address:

Date:  JAN 20, 2012

Clerk of the Court
Superior Court of California, County of Solano

By: _____
Deputy Clerk

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Kenneth
c/o 209 Shasta St.
Vallejo, CA  94590

For the Plaintiff:  KENNETH KNOCKUM

**F I L E D**
Clerk of the Superior Court

FEB 1 4 2012

By _____
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SOLANO

KENNETH KNOCKUM,                        )
                        Plaintiff        )
                                         )
            vs.                          )
                                         )
BAC HOME  LOANS SERVICNG, LP             )
RECONTRUST COMPANY, N.A                  )
                                         )
Office of CHARLES H NOWSKI               )
successor, individually, and in his official )
capacity as CFO of BANK OF AMERICA       )
                                         )
        and DOES 1 & 2 inclusive,        )
                                         )
            Defendants.                  )
                                         )

Case No.: FCS039214

**JUDICIAL APPROVAL FOR
RECORDATION (CCP 405.21)**

APN 0057-153-200

### NOTICE OF PENDENCY OF ACTION

Notice is given that the above-entitled action was filed in the above-entitled court on January 20,
2012 by Plaintiff:  KENNETH KNOCKUM, against Defendants BAC HOME LOANS,
Recontrust Company CFO BANK OF AMERICA and Does 1 & 2.  This Action alleges a real
property claim affecting certain real property that is situated in Solano County, California, which
is commonly known as 209 Shasta St., Vallejo, California  94590, and legally described as:  (See
attached)  in the County of Solano, State of California.  APN 0057-153-200

Dated: _10 Feb 2012_          _____

                                    Judge of the Superior Court