IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH KNOCKUM, an individual,

        Plaintiff,

   v.

BAC HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY, N.A.; and Office of CHARLES H. NOWSKI successor, individually, and in his official capacity as CFO of BANK OF AMERICA,

        Defendants.

_____ /

No. 2:12-cv-0416 GEB DAD PS

ORDER

        Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On August 27, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

        The Court has reviewed the file and finds it is appropriate to adopt the Findings and Recommendations as to the analysis concerning the deficiencies of Plaintiff's Complaint under Federal Rule of Civil Procedure 8, the deficiencies of Plaintiff's Title 18 claim under Rule 12(b)(6), and the recommendation that Plaintiff's Title 18 claim be dismissed with prejudice.

        In light of the Court's adoption of these portions of the Findings and Recommendations, Defendants' Rule 12(b)(6) arguments on Plaintiff's Fair Debt Collection

Practices, Truth in Lending Act, and Real Estate Settlement Procedures Act claims are not reached. Further, only Plaintiff's Title 18 claim is dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The portions of Defendants' Motion to Dismiss, filed February 29, 2012 (ECF No. 7), which seek dismissal of Plaintiff's Complaint under Rule 8 and Plaintiff's Title 18 claim under Rule 12(b)(6) are granted;

2. Plaintiff's Title 18 claim is dismissed with prejudice;

3. Plaintiff is granted leave until October 15, 2012, to file a First-Amended Complaint addressing the deficiencies in any claim dismissed without prejudice;

4. Plaintiff is warned that this action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to file an amended complaint on or before October 15, 2012.

Dated: September 24, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge